UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10098-WGY |
| | ) | |
| | ) | |
| | ) | |
| autonumout | ) | |
| | ) | |
| | ) | |
| | ) | |
| CARMEN FIGUEROA, | ) | |
| Defendant | ) | |

MOTION TO JOIN SUBSTANTIVE MOTIONS OF CO-DEFENDANTS

    NOW COMES, Carmen Figueroa, the Defendant in the above-captioned indictment and moves for leave to join the substantive motions filed by her co-defendants in this case as far as she has standing to litigate the issues raised.

      In support of this motion, defendant states that permitting her to join the motions of others will contribute to judicial economy in litigating this case.

                                                  Respectfully submitted,
                                                  CARMEN FIGUEROA
                                                  By her Attorney;

Dated: March 18, 2005

                                                  John H. LaChance, Esq.
                                                  BBO# 282500
                                                  600 Worcester Road
                                                  Suite 501
                                                  Framingham, MA 01702
                                                  Tel: (508) 879-5730
                                                  Fax: (508) 879-2288

 u

                €
        b   •       $   E   V   R   ]   _     üùüùüöüóüöüóó



€   š   µ   •   Á   ô   ü