UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10098-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| CARMEN FIGUEROA, | ) | |
|     Defendant | ) | |

**MOTION TO JOIN SUBSTANTIVE MOTIONS OF CO-DEFENDANTS**

NOW COMES, Carmen Figueroa, the Defendant in the above-captioned indictment and moves for leave to join the substantive motions filed by her co-defendants in this case as far as she has standing to litigate the issues raised.

In support of this motion, defendant states that permitting her to join the motions of others will contribute to judicial economy in litigating this case.

    Respectfully submitted,
    **CARMEN FIGUEROA**
    By her Attorney;

Dated: March 18, 2005

/s/ John LaChance
John H. LaChance, Esq.
BBO# 282500
600 Worcester Road
Suite 501
Framingham, MA 01702
Tel: (508) 879-5730
Fax: (508) 879-2288