**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. __II__     Investigating Agency __DEA__

**Related Case Information:**

County __Barnstable__

Superseding Ind./ Inf. __Yes__     Case No. __04-10098-WGY__
Same Defendant __YES__     New Defendant _____
Magistrate Judge Case Number __04M-1038__
Search Warrant Case Number __04M-1041 to 1044__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __William Tejeda__     Juvenile: ☐ Yes ☐ No

Alias Name _____

Address __1234 Boston Road, Bronx, New York__

Birthdate: __00-00-76__  SS # __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__  Sex: __M__  Race: __Hispanic__  Nationality _____

Defense Counsel if known: __David Apfel__  Address __Goodwin Proctor, LLP, 53 State Street__

Bar Number _____     __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__     Bar Number if applicable _____

Interpreter: ☐ Yes ☐ No     List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  x No

Warrant Requested _____ x Regular Process     ☐ In Custody

**Location Status:**

Arrest Date __March 16, 2004__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release: Ordered by: __USMJ Dein__ on __April 19, 2004__

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ X Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __April 20, 2005__     Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   William Tejeda _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** _____

**Related Case Information:**

**County** Barnstable

Superseding Ind./ Inf.   YES     Case No.   04-10098-WGY
Same Defendant   YES     New _____
Magistrate Judge Case Number   04M-1038
Search Warrant Case Number   04M-1041 TO 1044-JGD
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Desiree Alves     **Juvenile:** ☐ Yes ☐ No

**Alias Name** _____

**Address**   299 Camp Street, Yarmouth, MA

**Birthdate** 00-00-80   **SS #** 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   **Sex:** F   **Race** Black   **Nationalit** _____

**Defense Counsel if known:**   Page Kelly     **Address**   Federal Defender's Office

**Bar Number** _____     408 Atlantic Ave, Boston, 02210

**U.S. Attorney Information:**

**AUSA**   Susan M. Poswistilo     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested     X Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date**   March 16, 2003

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release: Ordered by: USMJ Dein   on   March 19, 2004

**Charging Document:**   Complaint     ☐ Information     X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/20/05     **Signature of AUSA:** _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Desiree Alves

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     Category No. __II__     Investigating Agency __DEA__

Related Case Information:

County __Barnstable__     Superseding Ind./ Inf. __YES__     Case No. __01-10098-WGY__
Same Defendant __Yes__     New __x__
Magistrate Judge Case Number __04M-1038__
Search Warrant Case Number __04M-1041 to 1044-JGD__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Carmen Figueroa__     Juvenile: ☐ Yes   x No
Alias Name _____
Address __90 Sandwich Road, Bourne, MA__
Birthdate __00-00-79__  SS # __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__  Sex: __F__  Race __Black__  Nationalit _____
Defense Counsel if known: __John LaChance__   Address __600 Worcester Rd., Suite 501__
Bar Number _____     __Framingham, MA 01701__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__     Bar Number if applicable _____

Interpreter:  ☐ Yes  X☐ No     List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  X☐ No

☐ Warrant Requested     X Regular Process     ☐ In Custody

**Location Status:**

Arrest Date __March 16, 2004__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
X On Pretrial Release: Ordered by: __USMJ Dein__ on __March 19, 2004__

Charging Document:     Complaint     ☐ Information     X Indictment
Total # of Counts:     ☐ Petty ____  ☐ Misdemeanor ____  ☐ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/20/05__     Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Carmen Figueroa

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2  | | |
| Set 3  | | |
| Set 4  | | |
| Set 5  | | |
| Set 6  | | |
| Set 7  | | |
| Set 8  | | |
| Set 9  | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

**Related Case Information:**

**County** Barnstable      **Superseding Ind./ Inf.** YES      **Case No.** 04-10098-WGY
**Same Defendant** YES      **New** _____
**Magistrate Judge Case Number** 04M-1038
**Search Warrant Case Number** 04M-1041 to 1044-JGD
**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** Christopher T. Custer      **Juvenile:** ☐ Yes  X No
**Alias Name** _____
**Address** 18 Murphy Road, Hyannis, MA
**Birthdate** 1977    **SS #** 9115    **Sex:** M    **Race** Caucasion    **Nationalit** _____

**Defense Counsel if known:** Mark D. Smith      **Address** 15 Broad Street, Ste. 600
**Bar Number** _____      Boston, MA 02109

**U.S. Attorney Information:**

**AUSA** Susan M. Poswistilo      **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  X☐ No      **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  X☐ No

☐ Warrant Requested      X Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** March 16, 2004

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release: Ordered by: USMJ Pitman (SDNY) on 4/22/04

**Charging Document:**    Complaint    ☐ Information    X Indictment
**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/20/05      **Signature of AUSA:** [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Christopher T. Custer

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

JS 45 (5/97) - (Revised U.S.D.C MA 2/7/02)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. __II__  Investigating Agency __DEA__

City _____

**Related Case Information:**

County __Barnstable__  Superseding Ind./ Inf. __YES__  Case No. __04-10098-WGY__
Same Defendant __YES__  New Defendant _____
Magistrate Judge Case Number __04-1038 and 04M-1049__
Search Warrant Case Number __04M-1041 through 1044-JGD__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Manuel Lamont Mendes__  Juvenile: ☐ Yes  ■ No

Alias Name _____

Address __Plymouth House of Correction__

Birthdate: __1975__  SS # __0354__  Sex: __Male__  Race: __CVR__  Nationalit _____

**Defense Counsel if known:** __Thomas J. Ford__  Address __141 Tremont Street, Ste. 400__

Bar Number _____  __Boston, MA 02111__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__  Bar Number if applicable _____

**Interpreter:** ☐ Yes  ■ No  List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes  ■ No

☐ Warrant Requested  ☐ Regular Process  X In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
■ Already in State Custody at ~~MCI Cedar Junction~~  ■ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ■ Indictment

**Total # of Counts:**  ☐ Petty ─── ☐ Misdemeanor ─── ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/20/05__  Signature of AUSA _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Manuel Lamont Mendes

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

City _____          **Related Case Information:**

County   Barnstable
Superseding Ind./ Inf.   YES          Case No.   04-10098-WGY
Same Defendant   YES          New Defendant _____
Magistrate Judge Case Number   04M-1049
Search Warrant Case Number   04M1041 to 1044-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jennifer Pavao          Juvenile:   ☐ Yes   X No

Alias Name   _____

Address   153 Bacon Road, Hyannis MA

Birthdate: 00/00/78   SS # 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   Sex: F   Race: Caucasion   Nationalit _____

**Defense Counsel if known:**   Michael Andrews          Address   21 Customs House Street, Ste. 920

Bar Number   _____          Boston, MA 02110

**U.S. Attorney Information:**

AUSA   Susan M. Poswistilo          Bar Number if applicable _____

**Interpreter:**   ☐ Yes   X☐ No          List language and/or dialect: _____

**Matter to be SEALED:**   Yes   ☐X No

           Warrant Requested          X          Regular Process          ☐ In Custody

**Location Status:**

Arrest Date   3/16/04

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   USMJ Pitman (SDNY)   on   March 17, 2004

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  4/20/05          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Jennifer Pavao

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 PavaoSuperseding.wpd - 2/7/02