**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No.** |
| | ) | **04-10098-WGY** |
| **v.** | ) | |
| | ) | |
| **MANUEL L. MENDES, CHRISTOPHER** | ) | |
| **T. CUSTER, CARMEN FIGUEROA,** | ) | |
| **DESIREE ALVES, WILLIAM TEJEDA,** | ) | |
| **and JENNIFER PAVAO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**GOVERNMENT'S EXHIBIT LIST**

The United States of America, by its attorney, Michael J.

Sullivan, United States Attorney for the District of

Massachusetts, submits the following list of exhibits it

anticipates it will offer in its case-in-chief.

1.      Photographs of Drugs Seized from Camry, New York
        City (March 16, 2004)

2.      Photographs of Drugs Seized from 18 Murphy Road,
        Hyannis, MA (March 16, 2004)

3.      Photographs of property locations: 299 Camp
        Street, Yarmouth, MA; 18 Murphy Road, Hyannis; 90
        Sandwich Road, Bourne, MA; 1234 Boston Road,New
        York City (including arial photograph); 509 W.
        139th Street, Bronx, NY

4.      Photographs of Safe with bag, 299 Camp Street,
        Yarmouth, MA, seized March 16, 2004

5.      Photographs of cash and jewelry seized from safe
        deposit box

6.      Photographs of Surveillance: February 17, 2004, at
        1234 Boston Road, New York (Custer and Tejeda)

7.      Photograph of White Alero

8.      Black plastic bag seized March 16, 2004, from Camry (N-52)

9.      Black bag seized March 16, 2004, from Camry (Contained drugs) (N-61)

10.     Black pouch with envelope seized from 299 Camp Street, Yarmouth (N-51)

11.     Weathervane black bag seized from 18 Murphy Road (N-43)

12.     Digital Scale seized from 110 LaFrance, Hyannis (N-40)

13.     Safe Deposit Box key, seized from Figueroa (N-38)

14.     Safe Deposit Box key w/ envelope seized from 299 Camp Street (N-21)

15.     Envelopes from safe deposit box (N-49)

16.     Certified Records from Mellon Trust (Boston Safe and Deposit Company) re: safe deposit box

17.     Nextel Cell Phone Seized from Custer (N-60)

18.     Cell Phone seized from Custer (508)400-2957 (N-63)

19.     Cell Phone seized from Carmen Figueroa (774) 353-7360 (N-39)

20.     Cell Phone seized from Carmen Figueroa (508)292-1286 (N-39)

21.     Green Motorola pager and cell phone seized from William Tejeda (N-64)

22.     Cell phone seized from Camry (310)919-4671 (N-65)

23.     Certified Records from National Car Rental

24.     Certified Records from Avis Car Rental

25.     Certified copies of subscriber information and toll records for (508)292-7708

26.     Certified phone records for (646)327-5214

27.     Certified phone records for Nextel

28.     Certified records from Union Hospital, Lynn, MA

29.     Complaint Ticket issued to Amanda Eldridge
        2/21/2003

30.     Certified Record of ownership 1996 Dodge red Mini
        Van, NY GE562E

31.     Day Planner seized from 299 Camp Street (N-24)

32.     Composite recording of call 999 (Amanda Eldridge
        and Manuel Mendes) April 11, 2003

33.     Transcript of call 999 composite

34.     Composite recording of call 1005 (Amanda Eldridge
        and Manuel Mendes) April 11, 2003

35.     Transcript of call 1005 composite

36.     Composite recording of call 1006 (Amanda Eldridge
        and Manuel Mendes) April 11, 2003

37.     Transcript of call 1006 composite

38.     Composite recording of call 1008 (Amanda Eldridge
        and Manuel Mendes) April 12, 2003

39.     Transcript of call 1008 composite

40.     Composite recording of call 1010 (Carmen Figueroa
        and Manuel Mendes) April 12, 2003

41.     Transcript of call 1010 composite

42.     Composite recording of call 1015 (Amanda Eldridge
        and Manuel Mendes) April 12, 2003

43.     Transcript of call 1015 composite

44.     Composite recording of call 1017 (Amanda Eldridge
        and Manuel Mendes) April 12, 2003

45.     Transcript of call 1017 composite

46.     Composite recording of call 1027 (Carmen Figueroa
        and Manuel Mendes) April 12, 2003

47.     Transcript of call 1027 composite

48.     Composite recording of call 1029 (Amanda Eldridge
        and Manuel Mendes) April 12, 2003

49.     Transcript of call 1029 composite

50.     Composite recording of call 1035 (Carmen Figueroa,
        Amanda Eldridge and Manuel Mendes) April 12, 2003

51.     Transcript of call 1035 composite

52.     Composite recording of call 81 (Carmen Figueroa
        and Manuel Mendes) September 9, 2003

53.     Transcript of call 81 composite

54.     Composite recording of call 82 (Carmen Figueroa
        and Manuel Mendes) September 9, 2003

55.     Transcript of call 82 composite

56.     Composite recording of call 83 (Christopher Custer
        and Manuel Mendes) September 9, 2003

57.     Transcript of call 83 composite

58.     Composite recording of call 84 (Carmen Figueroa
        and Manuel Mendes) September 9, 2003

59.     Transcript of call 84 composite

60.     Composite recording of call 86 (Christopher Custer
        and Manuel Mendes) September 10, 2003

61.     Transcript of call 86 composite

62.     Composite recording of call 89 (Christopher Custer
        and Carmen Figueroa) September 10, 2003

63.     Transcript of call 89 composite

64.     Composite recording of call 90 (Desiree Alves and
        Christopher Custer) September 10, 2003

65.     Transcript of call 90 composite

66.     Composite recording of call 92 (Desiree Alves and
        Manuel Mendes) September 10, 2003

67.     Transcript of call 92 composite

68.      Composite recording of call 95 (Christopher Custer
         and Manuel Mendes) September 10, 2003

69.      Transcript of call 95 composite

70.      Composite recording of call 99 (Carmen Figueroa
         and Manuel Mendes) September 10, 2003

71.      Transcript of call 99 composite

72.      Composite recording of call 103 (Carmen Figueroa
         and Manuel Mendes) September 10, 2003

73.      Transcript of call 103 composite

74.      Composite recording of call 104 (Carmen Figueroa
         and Manuel Mendes) September 10, 2003

75.      Transcript of call 104 composite

76.      Composite recording of call 1098 (Desiree Alves
         and Manuel Mendes) February 17, 2004

77.      Transcript of call 1098 composite

78.      Composite recording of call 1099 (Desiree Alves
         and Manuel Mendes) February 17, 2004

79.      Transcript of call 1099 composite

80.      Composite recording of call 1100 (Desiree Alves
         and Manuel Mendes) February 17, 2004

81.      Transcript of call 1100 composite

82.      Composite recording of call 1102 (Desiree Alves,
         Carmen Figueroa and Manuel Mendes) February 17,
         2004

83.      Transcript of call 1102 composite

84.      Call 1058 (February 14, 2004) wiretap interception
         of (508)400-2957 (Christopher Custer and Desiree
         Alves)

85.      Transcript of call 1058

86.      Call 1254 (February 16, 2004) wiretap interception
         of (508) 400-2957 (Christopher Custer and Manuel

Mendes)

87.        Transcript of call 1254

88.        Call 1316 (February 17, 2004) wiretap interception
           of (508)400-2957 (Christopher Custer and Carmen
           Figueroa)

89.        Transcript of call 1316

90.        Call 405 (February 17, 2004) wiretap interception
           of (774) 353-7360 (Carmen Figueroa and Chris LNU)

91.        Transcript of call 405

92.        Call 406 (February 17, 2004) wiretap interception
           of (774) 353-7360 (Carmen Figueroa and Christopher
           Custer)

93.        Transcript of call 406

94.        Call 409 (February 17, 2004) wiretap interception
           of (774) 353-7360 (Carmen Figueroa and Christopher
           Custer)

95.        Transcript of call 409

96.        Call 1316 (February 17, 2004) wiretap interception
           of (508) 400-2957 (Christopher Custer and Carmen
           Figueroa)

97.        Transcript of call 1316

98.        Call 3583 (March 15, 2004) wiretap interception of
           (508)400-2957 (Christopher Custer and Manuel
           Mendes)

99.        Transcript of call 3583

100.       Call 3646 (March 16, 2004) wiretap interception of
           (508)400-2957 (Christopher Custer and Carmen
           Figueroa)

101.       Transcript of call 3646

102.       Call 3687 (March 16, 2004) wiretap interception of
           (508)400-2957 (Christopher Custer, Carmen Figueroa
           and Manuel Mendes)

The above list does not include rebuttal documents, if any. The government reserves the right to amend and/or supplement its exhibit list as necessary.

MICHAEL J. SULLIVAN
United States Attorney


By:  /s/ Susan M. Poswistilo
SUSAN M. POSWISTILO
NANCY RUE
Assistant U.S. Attorneys