UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10098-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| CARMEN FIGUEROA, | ) | |
| Defendant | ) | |

## DEFENDANT'S PROSPECTIVE WITNESS LIST

NOW COMES, Carmen Figueroa, the Defendant in the above-captioned indictment and incorporates into her list of witnesses all persons listed on the government's list of witnesses. In addition, defendant may call one or more of the following individuals in her case in chief.

1. Nelida Quiles
   8 Bellevire Street
   Dorchester, MA
   D.O.B.: 12/05/1946

2. Brenda Montalvo
   402 Berses Way
   Hyannis, MA
   D.O.B.: 05/27/1977

3. David Benoit
   166 Roland Hitch Road
   Centerville, MA

4. Kianna Harris
   21 Brant Way
   Hyannis, MA

5. Linda Ramos
   570 West Main Street
   Hyannis, MA

6. Officer Murphy
   Barnstable Police Department
   Hyannis, MA

7. Officer Guinney
   Barnstable Police Department
   Hyannis, MA

8. Dr. Deborah Pinals
   Worcester State Hospital
   Worcester, MA

9. Keeper of Records
   Barnstable Police Department
   Hyannis, MA

10. Keeper of Records
    Plymouth County Correctional Facility
    Plymouth, MA

11. Keeper of Records
    Independence House
    Hyannis, MA

12. Keeper of Records
    Barnstable District Court
    Barnstable, MA

|  |  |
|---|---|
|  | Respectfully submitted,<br>**CARMEN FIGUEROA** |
| Dated: April 27, 2005 | /s/ John H. LaChance<br>John H. LaChance, Esq.<br>BBO# 282500<br>600 Worcester Road<br>Suite 501<br>Framingham, MA 01702<br>Tel: (508) 879-5730<br>Fax: (508) 879-2288 |