UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10098-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| CARMEN FIGUEROA, | ) | |
|     Defendant | ) | |

### DEFENDANT'S PROSPECTIVE WITNESS LIST No. 2

NOW COMES, Carmen Figueroa, the Defendant in the above-captioned matter and incorporates into her list of witnesses all persons listed on the government's list of witnesses and defendant's first prospective witnesses. In addition, defendant may call the following individual in her case in chief:

(1)    Tarina Benoit

       4409 Moonstone Circle
       Fayetteville, NC

       D.O.B.: 02/14/1978

                                    Respectfully submitted,
                                    **CARMEN FIGUEROA**
                                    By her Attorney;

Dated: April 28, 2005                             /s/ John H. LaChance, Esq.
                                                          John H. LaChance, Esq.
                                                           BBO# 282500
                                                           600 Worcester Road
                                                           Suite 501
                                                           Framingham, MA 01702
                                                          Tel:  (508) 879-5730
                                                          Fax: (508) 879-2288