UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA )
)
v. )
) CRIMINAL ACTION No. 04-10098-WGY
CARMEN FIGUEROA and )
WILLIAM TEJEDA, )
Defendants. )

## JURY VERDICT

We find Carmen Figueroa

\_\_\_\_\_ not guilty

✓ guilty of conspiracy to possess with intent to distribute

                               \_\_\_\_\_ of cocaine base.
more than 1.5k ✓ of cocaine base.
at least 500g but less than 1.5k \_\_\_\_\_ of cocaine base.
at least 150g but less than 500g \_\_\_\_\_ of cocaine base.
at least 50g but less than 150g \_\_\_\_\_ of cocaine base.

We find William Tejeda

\_\_\_\_\_ not guilty

✓ guilty of conspiracy to possess with intent to distribute

                               \_\_\_\_\_ of cocaine base.
more than 1.5k ✓ of cocaine base.
at least 500g but less than 1.5k \_\_\_\_\_ of cocaine base.
at least 150g but less than 500g \_\_\_\_\_ of cocaine base.
at least 50g but less than 150g \_\_\_\_\_ of cocaine base.

*[signature]*
Forelady

Date: 5-19-2005