AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

*US*

*Carmen V. Figueroa*
*William Tejada*

### EXHIBIT AND WITNESS LIST

CASE NUMBER:

| PRESIDING JUDGE *Young* | PLAINTIFF'S ATTORNEY *Parwatilo Rue* | DEFENDANT'S ATTORNEY *LaChance  Apfel* |
|---|---|---|
| TRIAL DATE(S) *5/4/05* | COURT REPORTER *Womack* | COURTROOM DEPUTY *Smith* |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/4/05 | | | Sean Balcom |
| | | | | 3 | CD Rom   9/9/03  8:33 PM  #81 |
| | | | A | | Transcript of CD Rom |
| | | | B | 4 | CD  #82  9/9/03  ~~8:34~~  P:54 |
| | | | C | 5 | CD  #82  9/9/03  8:54 PM  (Transcript Ex.6) |
| | | | D | 6 | CD  9/9/03  #83  9:20 PM |
| | | | E | 7 | CD  #99  9/10/03  3:34 PM |
| | | | F | 8 | CD  #103  9/10/03  7:44 PM |
| | | | G | 9 | CD  #104  9/10/03  8:57 PM |
| | | | A-G | | Transcripts of each CD Rom  Ex 3-9 |
| | | | | 1 | Photo - 18 Murphy Ct |
| | | | | 2 | Photo  Desiree Alves residence |
| | | | H | | Cell phone & pager (Sprint) |
| | | | I | 21 | 2 envelopes from safe deposit box |
| | | | J | 19 | Pouch - $10,000 |
| | | | K | 20 | red envelope w/key |
| | | | | 10 | photo of envelope, money, gold chain |
| | | | L | 46 | Nextel phone |
| | | | M | 61 | 2 phones - TMobile 222-1NF6 |
| | | 5/6/05 | | | Sean Balcom |
| | | | | 11 | ~~Ex~~ phone records - nextel |
| | | | | 12 | Cert. copies  k+s telecom |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

US vs. Carmen Figueroa
William Tejada

CASE NO. CR 04-10098

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/6/05 | | 13 | Cert. business records T-Mobile |
| | | | | 14 | Call #1046 CD 5/6/03 7:57 PK |
| | | | √ | | ~~Focus~~ Transcript of 14 |
| | | | | 15 | #1052 CD |
| | | | O | | Transcript Ex 15 |
| | | | | 16 | Reg NY DMV ~~EEB~~ record |
| | | | P | | floppy disc |
| | | | | 17 | 2/16/04 8:07 PM CD Ron #329 |
| | | | ⊗ | | Transcript of 17 |
| | | | | 18 | drugs |
| | | | | 22 | Cert copy of Mellon Bank docs |
| | | 5/9/05 | | | Sean Balcom |
| | | | | 23 | CD 5/6/03 F./5 PK #1047 |
| | | | R | | Transcript |
| | | | | 24 | Omitted portion of #14 |
| | | | S | | Transcript of Ex 14 |
| | | | | | Amanda Eldridge |
| | | | T | 25 | Photo of red van |
| | | | U | 27 | Photo - Carmen's house |
| | | | ∀ | 26 | Photo - ~~ea~~ Dorrici's house |
| | | | W | 28 | Scale |
| | | | | 29-34 | CD #599 #1005, #1006 #1008, #1010, #1027 |
| | | | X-AC | | Transcripts of 29-34 |
| | | 5/10/05 | | | Amanda Eldridge |
| | | | AD | | transcript of call #329 |
| | | 5/11/05 | | | Amanda Eldridge |
| | | | AE | 66 | Photo array |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

US vs. Carmen Figueroa
William Tejada     CASE NO. CR 04-10058

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/11/05 | | | Bryan Iaula |
| | | | | | William ~~Boyer~~ Bowyer |
| | | | AF | 35 | Ticket - 1/31/03 |
| | | | | | Edwin Brigantty |
| | | | AG | 36 | photo - Boston Road |
| | | | AH | 37 | photo |
| | | | AI | 38 | " |
| | | | AJ | 39 | " |
| | | | AK | 40 | " |
| | | | AL | 41 | " |
| | | | AM | 42 | black plastic bag |
| | | | | | Robert Garcia |
| | | | ~~AD~~ | 43 | photo of 2 disc like objects |
| | | | | 44 | black bag |
| | | | | 45 | group of photos |
| | | 5/12/05 | | | Robert Garcia |
| | | | | | Desiree Alver |
| | | | ~~A~~ | 47 | Call #89 9/10/04 |
| | | | AN ~~AD~~ | ~~46~~ | transcript #47 |
| | | | | 48 | Call 90 |
| | | | | 49 | Call 91 |
| | | | AO | | Transcript ~~EX~~ ~~#~~ EX ~~48~~ 48 |
| | | | AP | | Transcript  EX 49 |
| | | | | 50 | Call 1058 |
| | | | AQ | | Transcript |
| | | | | 52 | Call 1099  2/17/04  8:11 PM |
| | | | | 51 | Call 1098  2/17/04  2:11 PM |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

US vs. Carmen Figueroa, William Tejada    CASE NO. CR 04-10098

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/12/05 | AR | #1 | transcript #52 |
| | | | AS | | Transcript 51 |
| | | | | 53 | Call 409 Transcript AT |
| | | | | 54 | Call 405 2/17/04 3:08 |
| | | | AU | | transcript of 54 |
| | | | | 55 | Call 3646 3/16/04 @ 10:41 am |
| | | | AV | | transcript of #55 |
| | | | | 56 | photo of 3 men |
| | | | | 57 | photo of 2 men |
| | | 5/13/05 | | | Brian Guincy |
| | | | | ' | Desiree Alver |
| | | | | 5P | Alver proffer letter |
| | | | | 59 | Alver plea agreement |
| | | | | | Nancy Blanchard |
| | | | AW | 60 | Key |
| | | | | | John Hanafin |
| | | | | | Michael Clark |
| | | | | | 61 |
| | | | | 62 | Small packets of drugs |
| | | | | | Peter Flannery |
| | | | | 63 | black & blue weathervane bag |
| | | | | 64 | CD call # 1012 |
| | | | | 65 | CD call # 1035 |
| | | | AX | | transcript of 64 |
| | | | AY | | transcript of 65 |
| | | | | | Edward Harrington |
| | | | | 67 | Adams Center Records |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

US. vs. Carmen Figueroa / William Tejada   CASE NO. CR 04-10098

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/13/05 | | 68 | Bank of America |
| | | | | 69 | North Shore Med - Center |
| | | | | 70 | Car rental - records - Avis |
| | | | | 71 | " " " National |
| | | | | 72 | T Mobile Phone rec - 588 252 7708 |
| | | | | 73 | T Mobile " " 508 252 7708 2/28/05 |
| | | | 75 | | Phone rec - Sprint 646 305 6385 |
| | | | | 74 | Verizon Phone rec. 508 258 3402 |
| | | 5/16/05 | | 76 | Jort Rodriguez Phone Billing records |
| | | | | | Carmen Figueroa |
| | | | | 77 | GED diploma |
| | | | | 78 | EKG/Cardio tech diploma |
| | | | A2 | | Photo of Carmen Figueroa age 13 |
| | | | B | 79 | " " " " age 15 |
| | | | | 80 | Polaroid photo of 3 (5 people) |
| | | | | 81 | Polaroid photo (3 people) |
| | | | | 82 | Call #81 7/13/03 @ 10:06 |
| | | | BA | | Transcript of 82 |
| | | | | 83 | Call #137 - 7/13/03 |
| | | | BB | | transcript of 83 |
| | | 5/17/05 | | | Carmen Figueroa |
| | | | BC | | transcript of Call 31 7/13/03 10:06 |
| | | | | 84 | Call 351 2/15/04 |
| | | | BD | | transcript of 84 |
| | | | | 85 | Call 1055 5/7/03 |
| | | | | 86 | Call 1086 5/5/03 |

AO 187A (Rev. 7/87) ⊕      **EXHIBIT AND WITNESS LIST — CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| | | UW | | VS. | Carmen Figueroa William Tejada |
| | | | | | CASE NO. CR 04-10098 |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/17/05 | BE | | Transcript of 85 |
| | | | 8F | | Transcript of 86 |
| | | | | | Kianna Harris |
| | | | | | Tyrina Benoit |
| | | | | 87 | Prison Phone records |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |