UNITED STATES OF AMERICA
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. No.: 04-10098-WGY |
| | ) | |
| | ) | |
| CARMEN FIGUEROA, | ) | |
|     Defendant | ) | |

## MOTION TO SUBMIT PARTIAL BILL FOR SERVICES RENDERED

NOW COMES, John H. LaChance, Esquire, C.J.A. Counsel for the Defendant, Carmen Figueroa, and moves for leave to submit a partial bill for services rendered in the above-captioned matter.

In support of this motion, Counsel expended a great deal of time and effort in preparing this case ready for trial and trying it for 2½ weeks. In view of post trial matters it may be some time before Ms. Figueroa is finally sentenced. As a sole practitioner, Counsel needs partial payment in order to pay his office expenses and his staff.

Respectfully submitted,
**CARMEN FIGUEROA**
By her Attorney;


Dated: July 29, 2005

/s/John H. LaChance
John H. LaChance, Esquire
BBO# 282500
600 Worcester Road
Suite 501
Framingham, MA 01702
Tel:    (508) 879-5730
Fax:   (508) 879-2288