UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 04-10098-WGY |
| v. | ) | |
| | ) | |
| **CARMEN FIGUEROA,** | ) | |
| | ) | |
| Defendant | ) | |

### UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSES TO DEFENDANT FIGUEROA'S MOTION FOR NEW TRIAL

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves the Court for an order extending the time in which to file a response to defendant Figueroa's motion for a new trial.

The government seeks an additional two week period until August 24, 2005, in which to file its brief for the reason that it has not yet received copies of the relevant transcripts. At a hearing on this matter on July 20, 2005, the Court ordered that the government respond to one aspect of the defendant's motion within the following three week period of time. The government is unable to do so without transcripts of three witnesses who testified at the trial. The government ordered the transcripts on or about July 20, 2005, but has not yet received them. Accordingly, the government requests an additional two week period in which to file its brief.

WHEREFORE, the government requests that its motion be granted.

                                MICHAEL J. SULLIVAN
                                United States Attorney

                       By:   /s/ Susan M. Poswistilo
                                SUSAN M. POSWISTILO
                                Assistant U.S. Attorney