051705f.txt

```
 3   there.  But the reason for her saying she wanted to go do
 4   laundry was so she could come over.  She did do laundry
 5   though.  But that was the main reason.  So she could come
 6   over.
 7   Q    Okay.  And after she did laundry was there a call to the
 8   house?
 9   A    I don't remember.  Probably, most of the time, all the
10   time that she was at my house or my father's or her house
11   there would always be a call, so, from him, yeah.
12   Q    Okay.  And on that particular day or evening did you and
13   she have occasion to go somewhere?
14   A    Yes, we did.
15   Q    And where did you go?
16   A    Honestly, I don't know if we were going to the store or
17   if we were going to look for him.  I don't know.  I just
18   know that we left to go somewhere really quick.  I don't
19   remember exactly what the case was.
20   Q    Okay.  In any event, while you were -- did you have a
21   car at that time?
22   A    Yes.
23   Q    And did you and she go somewhere in the car?
24   A    Yes.
25   Q    And while you were out in the car did you see Manny
```

                                                              129

```
 1   Mendes?
 2   A    I believe we did.  I know, I just know that he came to
 3   the house in a rush because he had seen us.  But I don't
 4   remember actually seeing him.  I know he saw us.
 5   Q    All right.  When you went back to the house would you
```

Page 114

051705f.txt

6  describe what happened?
7  A  We were scared.
8  Q  Okay. Why were you scared?
9  A  Because he was -- we were pretty sure he was coming to
10 the house.
11 Q  And did he come to the house?
12 A  Yes.
13 Q  And what happened when he arrived at the house?
14 A  When he came in, ah, I can't remember if it was right
15 when he walked in or if we were in the back room, but I know
16 he had pulled her by her hair and brought her out, brought
17 her out to the car that he was in. I didn't even go near
18 the door. I stayed to the corner.
19 Q  Okay. Did you see -- excuse me. Did you see her -- did
20 you see him grab her hair and drag her out?
21 A  Yes.
22 Q  And did you call the police?
23 A  No.
24 Q  Why didn't you call the -- why didn't you call the
25 police?

130

1  A  Because at that time I was scared of Manny.
2  Q  Now, did she come back to your house that night?
3  A  I can't remember. I wouldn't think so. Because I don't
4  see why he would let her come back after that.
5  Q  Did you ever have conversation with her after that about
6  what happened to her when she was dragged out of the house
7  and then brought back?
8  A  Yes.
9         MS. RUE:  Objection.

Page 115

051705f.txt

| | |
|---|---|
| 10 | THE COURT: Yes. Well, that may stand but the |
| 11 | substance of the conversation would be excluded as hearsay. |
| 12 | Anything that she knows of her own knowledge. |
| 13 | Q    During the period of time between when you got back from |
| 14 | Newport, Rhode Island, from going down there -- |
| 15 | A    Uh-huh. |
| 16 | Q    -- and when you moved to North Carolina, did you have |
| 17 | any occasions to see marks on Ms. Figueroa's body? |
| 18 | A    Yes. |
| 19 | Q    All right. Do you recall what kind of marks you saw and |
| 20 | where you saw them on her body? |
| 21 | A    Mostly big, big bruises, dark, like purple, on her legs |
| 22 | and her arms. I don't know what you would call them, but |
| 23 | like things that kind of, not veins, but like little red |
| 24 | spots, like if somebody grabs you hard. I don't know what |
| 25 | you would call that. Her neck would have, like when he |

131

| | |
|---|---|
| 1 | would strangle like her neck she would have marks. |
| 2 | MS. RUE: Objection, your Honor. |
| 3 | A    I saw it. |
| 4 | THE COURT: The business -- wait a minute. These |
| 5 | references to the source of marks, that's stricken, |
| 6 | disregard it as speculative on her part, and we don't know |
| 7 | what basis she has for saying that. But if you saw marks on |
| 8 | the person's neck you may tell us what -- |
| 9 | THE WITNESS: Okay. |
| 10 | THE COURT: -- on Ms. Figueroa's neck you may tell |
| 11 | us what you saw. What did you see? |
| 12 | THE WITNESS: All right. |

Page 116