```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Criminal No.
 3                                         04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *   JURY VOIR DIRE
 6                                  *   and TRANSCRIPT
     v.                             *   OF THE EVIDENCE
 7                                  *     (Volume 5)
     CARMEN FIGUEROA and            *
 8   WILLIAM TEJEDA                 *
                                    *
 9   * * * * * * * * * * * * * * * *

10

11

12
              BEFORE:  The Honorable William G. Young,
13                         District Judge, and a Jury

14

15

16   APPEARANCES:

17          SUSAN M. POSWISTILO and NANCY RUE,
        Assistant United States Attorneys, 1 Courthouse
18      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
19
            JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20      Suite 501, Framingham, Massachusetts 01702, on
        behalf of Carmen Figueroa
21
            GOODWIN PROCTER, LLP (By David J. Apfel,
22      Esq. and Jennifer W. Fischesser, Esq.), Exchange
        Place, Boston, Massachusetts 02109-2881, on behalf
23      of William Tejeda

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         May 10, 2005
```

```
1                    I N D E X

2
      WITNESS:              DIRECT    CROSS     REDIRECT    RECROSS
3

4     AMANDA ELDRIDGE, Resumed

5        By Ms. Rue             30

6        By Mr. LaChance                 47

7        By Mr. Apfel                   113

8
                                                   FOR      IN
9     EXHIBITS:                                    I.D.     EVID.

10

11       AD    Transcript . . . . . . . . .  39
```