```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

                                         Criminal No.
                                         04-10098-WGY


 * * * * * * * * * * * * * * * *
                                *
UNITED STATES OF AMERICA        *
                                *   TRANSCRIPT OF
v.                              *   THE EVIDENCE
                                *     (Volume 3)
CARMEN FIGUEROA and             *
WILLIAM TEJEDA                  *
                                *
 * * * * * * * * * * * * * * * *




            BEFORE:  The Honorable William G. Young,
                     District Judge, and a Jury




APPEARANCES:

           SUSAN M. POSWISTILO and NANCY RUE,
    Assistant United States Attorneys, 1 Courthouse
    Way, Suite 9200, Boston, Massachusetts 02210, on
    behalf of the Government

           JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
    Suite 501, Framingham, Massachusetts 01702, on
    behalf of Carmen Figueroa

           GOODWIN PROCTER, LLP (By David J. Apfel,
    Esq. and Jennifer W. Fischesser, Esq.), Exchange
    Place, Boston, Massachusetts 02109-2881, on behalf
    of William Tejeda

                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         May 6, 2005
```

```
 1                          I N D E X

 2
     WITNESS:              DIRECT   CROSS    REDIRECT   RECROSS
 3

 4   SEAN BALCOM, Resumed

 5      By Ms. Poswistilo    3

 6      By Mr. LaChance              37

 7      By Mr. Apfel                105

 8
                                              FOR        IN
 9      EXHIBITS:                             I.D.      EVID.

10   M    Bag with Telephone . . . . . . . . . . . 4
     11   Nextel Phone Records - Chris Custer . . . . . 7
11   12   K&S Telecom, Inc. Records . . . . . . . . . 8
     13   T-Mobile Telephone Records . . . . . . . . 10
12   14   Telephone Call Number 1046 . . . . . . . . 11
     N    Transcript . . . . . . . . . . . . 11
13   15   Telephone Call Number 1052 . . . . . . . . 12
     O    Transcript . . . . . . . . . . . . 12
14   16   Vehicle Registration . . . . . . . . . . . 14
     P    Floppy Diskette for GPS  . . . . . . . 26
15   17   Telephone Call Number 329 . . . . . . . . 28
     Q    Transcript . . . . . . . . . . . . 28
16   18   Drugs  . . . . . . . . . . . . . . . . . 31
     19   Pouch and Envelopes  . . . . . . . . . . . 33
17   20   Envelope . . . . . . . . . . . . . . . . 33
     21   Envelopes  . . . . . . . . . . . . . . . 34
18   22   Mellon Bank Documents  . . . . . . . . . 35

19

20

21

22

23

24

25
```