```
 1                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   TRANSCRIPT OF
     v.                             *   THE EVIDENCE
 7                                  *   and VOIR DIRE
     CARMEN FIGUEROA and            *   OF THE JURORS
 8   WILLIAM TEJEDA                 *     (Volume 4)
                                    *
 9   * * * * * * * * * * * * * * * *

10

11

12
              BEFORE:  The Honorable William G. Young,
13                          District Judge, and a Jury

14

15

16   APPEARANCES:

17          SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
18   Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government
19
            JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20   Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa
21
            GOODWIN PROCTER, LLP (By David J. Apfel,
22   Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
23   of William Tejeda

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          May 9, 2005
```

## I N D E X

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| SEAN BALCOM, Resumed | | | | |
| By Mr. Apfel | 4 | | | 66 |
| By Ms. Poswistilo | | | 43 | |
| By Mr. LaChance | | | | 57 |
| AMANDA ELDRIDGE | | | | |
| By Ms. Rue | 88 | | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 23 | Telephone Call No. 1047 | | 34 |
| R | Transcript | 34 | |
| 24 | Telephone Call No. | | |
| S | Transcript | 37 | |
| T | Transcript | 105 | |
| 25 | Photograph | | 105 |
| U | Photograph | 130 | |
| V | Photograph | 130 | |
| 26 | Photograph | | 131 |
| 27 | Photograph | | 132 |
| W | Scale | 135 | |
| 28 | Scale | | 135 |
| 29-34 | CD-ROM's | | 139 |
| X-AC | Transcripts | 140 | |