```
 1                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   TRANSCRIPT OF JURY
     v.                             *   INSTRUCTIONS CONFERENCE,
 7                                  *   CLOSING ARGUMENTS and
     CARMEN FIGUEROA and            *   JURY INSTRUCTIONS
 8   WILLIAM TEJEDA                 *        (Volume 11)
                                    *
 9   * * * * * * * * * * * * * * * *

10

11

12
             BEFORE:  The Honorable William G. Young,
13                         District Judge, and a Jury

14

15

16   APPEARANCES:

17           SUSAN M. POSWISTILO and NANCY RUE,
        Assistant United States Attorneys, 1 Courthouse
18      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
19
             JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20      Suite 501, Framingham, Massachusetts 01702, on
        behalf of Carmen Figueroa
21
             GOODWIN PROCTER, LLP (By David J. Apfel,
22      Esq. and Jennifer W. Fischesser, Esq.), Exchange
        Place, Boston, Massachusetts 02109-2881, on behalf
23      of William Tejeda

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        May 18, 2005
```

|    | **I N D E X** |
|----|---|
| 1  | |
| 2  | |
| 3  | Jury Instructions Conference . . . . . . . . . . .  3 |
| 4  | Closing Argument by Ms. Poswistilo . . . . . . . 26 |
| 5  | Closing Argument by Mr. LaChance . . . . . . . . 60 |
| 6  | Closing Argument by Mr. Apfel  . . . . . . . . . 77 |
| 7  | Rebuttal Argument by Ms. Poswistilo . . . . . . 96 |
| 8  | Jury Instructions  . . . . . . . . . . . . . . . 101 |
| 9  | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |