```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                                 Criminal No.
                                                 04-10098-WGY

  * * * * * * * * * * * * * * *
                                *
  UNITED STATES OF AMERICA      *
                                *
  v.                            *   TRIAL TRANSCRIPT
                                *      (Volume 12)
  CARMEN FIGUEROA and           *
  WILLIAM TEJEDA                *
                                *
  * * * * * * * * * * * * * * *




              BEFORE:  The Honorable William G. Young,
                       District Judge, and a Jury



  APPEARANCES:

           SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
     Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government

           JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
     Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa

           GOODWIN PROCTER, LLP (By David J. Apfel,
     Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
     of William Tejeda

                                           1 Courthouse Way
                                           Boston, Massachusetts

                                           May 19, 2005
```