```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        04-10098-WGY

 4
    * * * * * * * * * * * * * * * *
 5                                 *
    UNITED STATES OF AMERICA       *
 6                                 *
    v.                             *   TRIAL TRANSCRIPT
 7                                 *      (Volume 13)
    CARMEN FIGUEROA and            *
 8  WILLIAM TEJEDA                 *
                                   *
 9  * * * * * * * * * * * * * * * *

10

11

12
           BEFORE:  The Honorable William G. Young,
13                  District Judge, and a Jury

14

15

16  APPEARANCES:

17          SUSAN M. POSWISTILO and NANCY RUE,
       Assistant United States Attorneys, 1 Courthouse
18     Way, Suite 9200, Boston, Massachusetts 02210, on
       behalf of the Government
19
            JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20     Suite 501, Framingham, Massachusetts 01702, on
       behalf of Carmen Figueroa
21
            GOODWIN PROCTER, LLP (By David J. Apfel,
22     Esq. and Jennifer W. Fischesser, Esq.), Exchange
       Place, Boston, Massachusetts 02109-2881, on behalf
23     of William Tejeda

24                                    1 Courthouse Way
                                      Boston, Massachusetts
25
                                      May 20, 2005
```