```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *
     v.                             *   MOTION HEARING
 7                                  *
     CARMEN FIGUEROA                *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10

11
              BEFORE:  The Honorable William G. Young,
12                          District Judge

13

14

15   APPEARANCES:

16        SUSAN M. POSWISTILO, Assistant United
     States Attorney, 1 Courthouse Way, Suite 9200,
17   Boston, Massachusetts 02210, on behalf of the
     Government
18
          JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
19   Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa
20

21

22

23
                                       1 Courthouse Way
24                                    Boston, Massachusetts

25                                    July 20, 2005
```