```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS

                                              Criminal No.
                                              04-10098-WGY


     * * * * * * * * * * * * * * * *
                                    *
     UNITED STATES OF AMERICA       *
                                    *
     v.                             *    PRETRIAL CONFERENCE
                                    *
     MANUEL LAMONT MENDES           *
     CHRISTOPHER CUSTER             *
     CARMEN FIGUEROA                *
     DESIREE ALVES                  *
     WILLIAM TEJEDA                 *
     JENNIFER PAVAO                 *
                                    *
     * * * * * * * * * * * * * * * *

              BEFORE:   The Honorable William G. Young,
                              District Judge


     APPEARANCES:

              SUSAN M. POSWISTILO, Assistant United
         States Attorney, 1 Courthouse Way, Suite 9200,
         Boston, Massachusetts 02210, on behalf of the
         Government

              THOMAS J. FORD, ESQ., 141 Tremont Street,
         Suite 400, Boston, Massachusetts 02111, on behalf
         of Manuel Lamont Mendes (NOT PRESENT)

              LAREDO & SMITH, LLP (By Mark D. Smith,
         Esq.), 15 Broad Street, Suite 600, Boston,
         Massachusetts 02109, on behalf of Christopher
         Custer


                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         May 18, 2004
```

```
 1
 2             A P P E A R A N C E S (Cont'd)
 3
 4
 5        JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
     Suite 501, Framingham, Massachusetts 01702, on
 6   behalf of Carmen Figueroa

 7        FEDERAL DEFENDER'S OFFICE (By Page Kelley,
     Esq.), 408 Atlantic Avenue, Third Floor, Boston,
 8   Massachusetts 02210, on behalf of Desiree Alves

 9        GOODWIN PROCTER, LLP (By David J. Apfel,
     Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
10   of William Tejeda

11        LAW OFFICES OF MICHAEL C. ANDREWS (By
     Michael C. Andrews, Esq.), 21 Custom House Street,
12   Suite 920, Boston, Massachusetts 02110, on behalf
     of Jennifer Pavao
13
14
15
16
17
18
19
20
21
22
23
24
25
```