```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2

                                             Criminal No.
 3                                           04-10098-WGY

 4

     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   TRANSCRIPT OF
     v.                             *   THE EVIDENCE
 7                                  *    (Volume 6)
     CARMEN FIGUEROA and            *
 8   WILLIAM TEJEDA                 *
                                    *
 9   * * * * * * * * * * * * * * * *

10

11

12
                 BEFORE:  The Honorable William G. Young,
13                        District Judge, and a Jury

14

15

16   APPEARANCES:

17         SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
18   Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government
19
           JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20   Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa
21
           GOODWIN PROCTER, LLP (By David J. Apfel,
22   Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
23   of William Tejeda

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        May 11, 2005
```

```
 1                        I N D E X

 2
     WITNESS:            DIRECT    CROSS    REDIRECT    RECROSS
 3

 4   AMANDA ELDRIDGE, Resumed

 5      By Mr. Apfel                4

 6      By Ms. Rue                                57

 7      By Mr. LaChance                                     65

 8   BRYAN IULA

 9      By Ms. Poswistilo   77

10      By Mr. Apfel               84

11   WILLIAM BOWYER

12      By Ms. Rue          93

13   EDWIN BRIGANTY

14      By Ms. Poswistilo   97

15      By Mr. Apfel              119

16   ROBERT GARCIA

17      By Ms. Poswistilo  132

18      By Mr. Apfel              155

19

20

21

22

23

24

25
```

```
 1                    I N D E X (Cont'd)
 2
 3                                              FOR        IN
            EXHIBITS:                           I.D.       EVID.
 4
 5    AE    Photograph Array . . . . . . . . . 60
 6    AF    Infraction Complaint . . . . . . . 94
 7    35    Infraction Complaint . . . . . . . . . . . . 96
 8    36    Aerial Photograph  . . . . . . . . . . . . . 100
 9    37    Photograph . . . . . . . . . . . . . . . . . 109
10    38    Photograph . . . . . . . . . . . . . . . . . 109
11    39    Photograph . . . . . . . . . . . . . . . .   109
12    40    Photograph  . . . . . . . . . . . . . . . .  109
13    41    Photograph  . . . . . . . . . . . . . . . .  109
14    42    Bag . . . . . . . . . . . . . . . . . . . .  118
15    44    Black Bag . . . . . . . . . . . . . . . . .  152
16    43    Photograph  . . . . . . . . . . . . . . . .  153
17    45    Group of Photographs  . . . . . . . . . . .  159
18
19
20
21
22
23
24
25
```