```
1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2
                                          Criminal No.
3                                         04-10098-WGY

4
     * * * * * * * * * * * * * * * *
5                                   *
     UNITED STATES OF AMERICA       *
6                                   *   TRANSCRIPT OF
     v.                             *   THE EVIDENCE
7                                   *    (Volume 7)
     CARMEN FIGUEROA and            *
8    WILLIAM TEJEDA                 *
                                    *
9    * * * * * * * * * * * * * * * *

10

11

12
              BEFORE:  The Honorable William G. Young,
13                     District Judge, and a Jury

14

15

16   APPEARANCES:

17        SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
18   Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government
19
          JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20   Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa
21
          GOODWIN PROCTER, LLP (By David J. Apfel,
22   Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
23   of William Tejeda

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        May 12, 2005
```

**I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| ROBERT GARCIA, Resumed | | | | |
| By Mr. Apfel | | 4 | | |
| By Ms. Poswistilo | | | 21 | |
| DESIREE M. ALVES | | | | |
| By Ms. Poswistilo | 26 | | | |
| By Mr. LaChance | | 105 | | |

```
 1                      I N D E X (Cont'd)
 2                                              FOR         IN
          EXHIBITS:                             I.D.        EVID.
 3
 4    46       Cell Phone . . . . . . . . . . . . . . . . 25
 5    47       Telephone Call No. 89 . . . . . . . . . . 67
 6    AN       Transcript . . . . . . . . . . . . . 68
 7    48       Telephone Call No. 90 . . . . . . . . . . 69
 8    49       Telephone Call No. 92 . . . . . . . . . . 69
 9    AO       Transcript . . . . . . . . . . . . . 69
10    AP       Transcript . . . . . . . . . . . . . 69
11    50       Telephone Call No. 1068 . . . . . . . . . 83
12    AQ       Transcript . . . . . . . . . . . . . 83
13    51       Telephone Call No. 1099 . . . . . . . . . 87
14    52       Telephone Call No. 1098 . . . . . . . . . 87
15    AR       Transcript . . . . . . . . . . . . . 87
16    AS       Transcript . . . . . . . . . . . . . 87
17    53       Telephone Call No. 409 . . . . . . . . . . 89
18    AT       Transcript . . . . . . . . . . . . . 89
19    54       Telephone Call No. 405 . . . . . . . . . . 89
20    AU       Transcript . . . . . . . . . . . . . 91
21    55       Telephone Call No. 3646 . . . . . . . . . 95
22    AV       Transcript . . . . . . . . . . . . . 95
23    56       Photograph . . . . . . . . . . . . . . . . 113
24    57       Photograph . . . . . . . . . . . . . . . . 114
25
```