1          UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF MASSACHUSETTS
2
                                Criminal No.
3                               04-10098-WGY

4
    * * * * * * * * * * * * * * *  *
5                                  *
    UNITED STATES OF AMERICA       *
6                                  *  **TRANSCRIPT OF**
    v.                             *  **THE EVIDENCE**
7                                  *   (Volume 9)
    CARMEN FIGUEROA and            *
8   WILLIAM TEJEDA                 *
                                   *
9   * * * * * * * * * * * * * * *  *

10

11

12
                BEFORE:  The Honorable William G. Young,
13                           District Judge, and a Jury

14

15

16  APPEARANCES:

17          SUSAN M. POSWISTILO and NANCY RUE,
        Assistant United States Attorneys, 1 Courthouse
18      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
19
            JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20      Suite 501, Framingham, Massachusetts 01702, on
        behalf of Carmen Figueroa
21
            GOODWIN PROCTER, LLP (By David J. Apfel,
22      Esq. and Jennifer W. Fischesser, Esq.), Exchange
        Place, Boston, Massachusetts 02109-2881, on behalf
23      of William Tejeda

24                              1 Courthouse Way
                                Boston, Massachusetts
25
                                May 16, 2005

1                        **I N D E X**

2
   **WITNESS:**              **DIRECT    CROSS      REDIRECT    RECROSS**
3

4  CARMEN FIGUEROA

5       By Mr. LaChance   13

6       By Ms. Poswistilo        110

7
                                      **FOR        IN**
8       **EXHIBITS:**                 **I.D.      EVID.**

9

10  76   Telephone Billing Records Jorl Rodrigues . . . 3

11  77   Certificate of Completion  . . . . . . . . . 17

12  78   GED Diploma . . . . . . . . . . . . . . . . 17

13  AZ   Photograph . . . . . . . . . 20

14  79   Photograph . . . . . . . . . . . . . . . . 21

15  80   Photograph . . . . . . . . . . . . . . . . 21

16  81   Photograph . . . . . . . . . . . . . . . . 87

17  82   Telephone Call No. 31 . . . . . . . . . . 91

18  BA   Transcript . . . . . . . . . 91

19  83   Telephone Call No. 37 . . . . . . . . . . 99

20  BB   Transcript . . . . . . . . . 99

21

22

23

24

25