```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2

                                          Criminal No.
 3                                        04-10098-WGY

 4

     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   TRANSCRIPT OF
     v.                             *   THE EVIDENCE
 7                                  *    (Volume 10)
     CARMEN FIGUEROA and            *
 8   WILLIAM TEJEDA                 *
                                    *
 9   * * * * * * * * * * * * * * * *

10

11

12
                BEFORE:  The Honorable William G. Young,
13                       District Judge, and a Jury

14

15

16   APPEARANCES:

17           SUSAN M. POSWISTILO and NANCY RUE,
     Assistant United States Attorneys, 1 Courthouse
18   Way, Suite 9200, Boston, Massachusetts 02210, on
     behalf of the Government
19
             JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20   Suite 501, Framingham, Massachusetts 01702, on
     behalf of Carmen Figueroa
21
             GOODWIN PROCTER, LLP (By David J. Apfel,
22   Esq. and Jennifer W. Fischesser, Esq.), Exchange
     Place, Boston, Massachusetts 02109-2881, on behalf
23   of William Tejeda

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          May 17, 2005
```

**I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| CARMEN FIGUEROA, Resumed | | | | |
|    By Ms. Poswistilo | 3 | | | 105 |
|    By Mr. Apfel | | 25 | | 111 |
|    By Mr. LaChance | | | 84 | |
| KIANNA HARRIS | | | | |
|    By Mr. LaChance | 118 | | | |
| TARINA BENOIT | | | | |
|    By Mr. LaChance | 123 | | | |
|    By Ms. Rue | | 133 | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| BC | Transcript | 4 | |
| 84 | Tape of Telephone Call | | 16 |
| BD | Transcript | 16 | |
| 85 | Tape of Telephone Call | | 22 |
| 86 | Tape of Telephone Call | | 22 |
| BE | Transcript | 22 | |
| BF | Transcript | 22 | |