```
 1                     UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
 2
       * * * * * * * * * * * * * * *
 3     UNITED STATES OF AMERICA      *
                                     *
 4              vs.                  *      CRIMINAL ACTION
                                     *      No. 04-10098-WGY
 5     CARMEN FIGUEROA and           *
       WILLIAM TEJEDA                *
 6                                   *
       * * * * * * * * * * * * * * *
 7
                 BEFORE THE HONORABLE WILLIAM G. YOUNG
 8                   UNITED STATES DISTRICT JUDGE
                       DAY EIGHT OF JURY TRIAL
 9
       A P P E A R A N C E S
10
                OFFICE OF THE UNITED STATES ATTORNEY
11              1 Courthouse Way, Suite 9200
                Boston, Massachusetts 02210
12              for the United States
                By:  Susan M. Poswistilo, AUSA
13                   Nancy Rue, AUSA

14


15              LAW OFFICE OF JOHN H. LaCHANCE
                600 Worcester Road, Suite 501
16              Framingham, Massachusetts 01702
                for the defendant Carmen Figueroa
17              By:  John H. LaChance, Esq.

18


19

20                                   Courtroom No. 18
                                     John J. Moakley Courthouse
21                                   1 Courthouse Way
                                     Boston, Massachusetts 02210
22                                   May 13, 2005
                                     9:05 a.m.
23

24

25
```

1  **APPEARANCES, CONTINUED**

            GOODWIN PROCTER LLP
            Exchange Place
            Boston, Massachusetts 02109-2881
            for the defendant William Tejeda
            By: David J. Apfel, Esq.
                Jennifer W. Fischesser, Esq.









                    CAROL LYNN SCOTT, CSR, RMR
                       Official Court Reporter
                   One Courthouse Way, Suite 7204
                    Boston, Massachusetts 02210
                          (617) 330-1377

```
 1                          I N D E X

 2
     WITNESS:            DIRECT    CROSS    REDIRECT    RECROSS
 3

 4   BRIAN JAMES GUINEY

 5     By Ms. Poswistilo  5                  44
       By Mr. Apfel                 28
 6     By Mr. LaChance              33

 7


 8   DESIREE ALVES, Recalled

 9     By Mr. LaChance              48
       By Ms Poswistilo                      74
10


11   NANCY BLANCHARD

12     By Ms. Rue         85
       By Mr. LaChance              91
13

14   JOHN HANAFIN

15     By Ms. Poswistilo 95

16   MICHAEL CLARK

17     By Ms. Poswistilo 98
       By Mr. LaChance             105
18


19   PETER FLANNERY

20     By Ms. Poswistilo 108
       By Mr. Apfel                115
21


22   EDWARD HARRINGTON

23     By Ms. Rue        120
       By Mr. Apfel                123
24

25                      * * * * * * * * * *
```

```
                        E X H I B I T S

EXHIBIT NO.                                      FOR ID.   IN EVD.

  58         Alves Proffer Letter                            54

  59         Alves Plea Agreement                            61

  60         Key                                             89

  61         Bag with two phones                             90

  62         Small Packet of Drugs                          105

  64         CD Call No. 1012                               118

  65         CD Call No. 1035                               118

  AX         Transcript of Exhibit 64          118

  AY         Transcript of Exhibit 65          118

  66         Photo Array                                    123

  67         Adams Center Records                           135

  68         Bank of America Records                        135

  69         North Shore Medical Center Records             136

  70         Car Rental Records                             137

  71         National Car Rental Company Records            137

  72         T Mobile Phone Records for
             phone number 508-252-7708                      137

  73         T Mobile Phone Records
             2/28/03-4/03/03                                138

  74         Verizon Phone Records                          139

  75         Sprint Phone Records                           140
```