UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. No.: 04-10098-WGY |
| | ) | |
| | ) | |
| CARMEN FIGUEROA, | ) | |
| Defendant | ) | |

**MOTION TO JOIN DEFENDANT WILLIAM TEJADA'S MOTION TO PRECLUDE APPLICATION OF ENHANCED GUIDELINE PENALTIES FOR "CRACK" COCAINE IN CALCULATING DEFENDANT'S SENTENCE**

NOW COMES, Carmen Figueroa, the defendant in the above-captioned indictment and moves to join Defendant, William Tejada's motion which is set forth above.

IN SUPPORT, Defendant Figueroa states as follows:

1.    Ms. Figueroa is in precisely the same position in this matter as Defendant Tejada. She is a co-defendant of Mr. Tejada's and was convicted with him of the offenses charged in the indictment on the same evidence.

2.    Allowing Ms. Figueroa to join this motion and rely on Mr. Tejada's pleadings will promote judicial efficiency, reduce the costs of the litigation and prevent duplication of effort.

Respectfully submitted,
**CARMEN FIGUEROA**
By her Attorney;

Dated: December 13, 2005

/s/ John H. LaChance
John H. LaChance, Esquire
BBO# 282500
600 Worcester Road
Suite 501
Framingham, MA 01702
Tel: (508) 879-5730