```
 1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Criminal No.
 3                                          04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *
     v.                             *   DISPOSITION
 7                                  *
     CARMEN FIGUEROA                *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10

11
              BEFORE:  The Honorable William G. Young,
12                          District Judge

13

14

15   APPEARANCES:

16          SUSAN M. POSWISTILO, Assistant United
        States Attorney, 1 Courthouse Way, Suite 9200,
17      Boston, Massachusetts 02210, on behalf of the
        Government
18
            JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
19      Suite 501, Framingham, Massachusetts 01702, on
        behalf of Carmen Figueroa
20

21

22

23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         July 12, 2006
```