UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2008 FEB -4 P 2: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

Carmen Figueroa
defendent

Docket No.1:04CR10098-003-WGY

VS

UNITED STATES OF AMERICA

plaintiff

Now comes the defendent, Carmen Figueroa pro se, respectfully by request, this honorable court, persuant to 18 U.S.C.A§3582 (c)92) and 1B1.10 of the sentencing guidelines to reduce her sentence based upon Amendment 706 of the USSG 2D1.1 which became effective Nov. 1, 2007.

In support thereof, defendant states the following:

1.) On 7-12-2006 the defendant was sentenced to a term of imprisonment of 96 months on 1 count of Conspiracy to distribute crack cocaine in violation of 21 USC 846.

2.) Effective Nov. 1, 2007, section 2D1.1 of the sentencing guideline was ammended by reducing the base offense level for crack cocaine.

3.) As established under 1B1.10 of the sentencing guidelines, this ammendment is to be applied retroactively.

4.) Applying the applicable provisions of the guidelines as they existed on the date of the defendants sentencing, the base offense level is 29

5.) When the defendants base offense level is recalculated in accordance with the language of the ammendment, the offense level would be 27

6.) The defendant's criminal history computation remains a category 1.

7.) The appropriate guideline range for an offense level 27 is 70-87.

8.) Therefore the defendant is entitled to be resentenced under retroactively applied ammendment.

Based on the foregoing arguments the honorable court is respectfully urged to reduce the defentants sentence pursuant to 18 U.S.C. §3582(c)(2), and enter a new judgement reflecting the change and apply any further relief, which this honorable court deems just and fair.

Date 1/30/08

Respectfully Submitted,
Carmen Figueroa

*Carmen Figueroa*

Carmen Figueroa
25150-083
Rt. 37
Danbury, Ct. 06811