ATTORNEY ASSIGNMENT REQUEST

Defendant:_Carmen Figueroa

Case & Defendant Number_04-_10098_____

Date of Appointment:__4/6/04_____     Appointed by:__Dein,USM_____

Attorney Withdrawn_____     Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment_____     Information_____     Probation Revocation_____

Number of Defendants_____

Judge Code__0122_____

Special Instructions:   Reappointment of Atty John La Chance for crack cocaine sentence reduction matter
_____

_____

_____

_____

_/s/ Elizabeth Smith
Deputy Clerk

Dated_____2/5/08_____

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd