Date: 2/19/08

Hon. William Young
c/o _____
Deputy Clerk
United States District Court

Dear William Young::

    I was sentenced by Judge William Young on 7/12/2006 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    I had appointed counsel in my original case and

    ____ I do wish to be represented by the same lawyer who represented me at my original sentencing.

    ✓ I do not wish to be represented by the same lawyer who represented me at my original sentencing.

Sincerely,

Carmen Figueroa

Name: Carmen Figueroa
Address: Federal prison Camp
Rt. 37
Danbury CT. 06811
Telephone: _____