UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARMEN FIGUEROA,<br>　　　Petitioner | ) | CR No.: 04-10098-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA,<br>　　　Respondent | ) | |

### MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, Carmen Figueroa, the Petitioner in the above-captioned matter and moves for the appointment of counsel to proceed with the a sentence reduction matter pursuant to the recent adjustment to the crack-cocaine sentencing guidelines.

IN SUPPORT, the defendant states:

1. Defendant is currently incarcerated and does not have the means to retain counsel.

2. Defendant has been previously approved by the C.J.A. to have counsel assigned.

3. Defendant requests that Attorney John LaChance be assigned to represent her in this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**CARMEN FIGUEROA, Pro Se**

Dated: February 28, 2008　　　　　　　/s/ Carmen Figueroa
　　　　　　　　　　　　　　　　　　　　Carmen Figueroa
　　　　　　　　　　　　　　　　　　　　#25150-038
　　　　　　　　　　　　　　　　　　　　c/o F.M.C. Danbury
　　　　　　　　　　　　　　　　　　　　Route 27
　　　　　　　　　　　　　　　　　　　　Danbury, CT 06811