UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America,<br><br>      v.<br><br>Carmen Figueroa,<br><br>      Defendant | CRIMINAL ACTION<br>NO. 04-10098-WGY |

ORDER

YOUNG, D.J.                                                October 23, 2009

On February 4, 2008 and September 21, 2009, Carmen Figueroa, Defendant, filed MOTIONS to reduce sentence pursuant to 18 U.S.C. § 3582(c). Figueroa's guideline sentence recommendation was between 188-235 months. Her sentenced was downwardly adjusted below guideline recommendations to 96 months. A sentence is not to be reduced if inconsistent with Sentencing Commission policy. 18 U.S.C. § 3582(c)(2). A further reduction in Figueroa's sentence is inappropriate because her original sentence is a downwardly-variant non guideline sentence. See U.S.S.G. § 1B1.10(b)(2)(B). A further reduction of a downwardly-variant non guideline sentence is inconsistent with Sentence Commission policy. Accordingly, Figueroa's MOTION to reduce sentence is DENIED.

SO ORDERED.

/s/ William G. Young
_____
WILLIAM G. YOUNG
DISTRICT JUDGE